IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-06626 ESL

LUZ M SANCHEZ RIVERA

Chapter 13

XXX-XX-2992

FILED & ENTERED ON 07/28/2010

Debtor(s)

## NOTICE OF HEARING FOR CONTINUATION OF THE AUTOMATIC STAY

On 07/23/2010, debtor filed a motion for continuation of the automatic stay as to debtor (docket entry #5). In accordance with PR LBR 4001-5, if an objection is timely filed, a hearing will be held on 08/17/2010 at 09:00 A.M. at US POST OFFICE & COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR.  If no objection is filed within fourteen (14) days, the hearing may be vacated.

San Juan, Puerto Rico, this 28 day of July, 2010.

CELESTINO MATTA-MENDEZ
Clerk of the Court


BY:    EVANGELINA MENDEZ
Deputy Clerk

CC: All Creditors