IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-06626 ESL

LUZ M SANCHEZ RIVERA    Chapter 13

XXX-XX-2992

FILED & ENTERED ON 08/09/2010

Debtor(s)

### ORDER GRANTING CONTINUANCE OF THE AUTOMATIC STAY

We hereby grant Debtor's unopposed request for the continuance of the automatic stay under 11 U.S.C. Section 362 (c)(3) filed on 07/23/2010.

Wherefore, the provisions of the automatic stay as provided in 11 U.S.C. Section 362 shall be in full force and effect as to all creditors and parties in interest until further order of this Court.

SO ORDERED, in San Juan, Puerto Rico, this 09 day of August, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: All Creditors