UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: * CASE NO. 10-06626
*
LUZ M. SANCHEZ RIVERA *
* CHAPTER 13
*
**************************************************

## DEBTOR'S MOTION TO ASSUME LEASE

TO THE HONORABLE COURT:

**COMES NOW** Debtor (s) through its undersigned Counsel and respectfully states, alleges and prays a follows:

1. It is debtor intend to assume lease of her residence with Mr. Raymond Berrios Echevarria, Urb. Villa Carolina, 87 Bloq. 77 #17, Carolina, PR 00987.

2. Said lease is for residential property located at: Urb. Villa Carolina, 87 Bloq. 77 #17, Carolina, PR 00987.

3. The term of this lease is for 12 months with a monthly payment of $550.00.

4. At the time of the fling of the instance case debtors have no arrears.

5. Debtor will maintain regular payments directly to Mr. Raymond Berrios Echevarria

6. As a chapter 13 debtor; the petitioner is entitled to assume the lease pursuant to 11 U.S.C 365 1322 (b) (f).

WHEREFORE, it is respectfully requested from this Honorable Court to grant this motion.

In San Juan, Puerto Rico this 25th of August of 2010.

## NOTICE

TO ALL CREDITORS AND PARTIES IN INTEREST YOU ARE NOTIFIED THAT ANY OPPOSITION TO THIS MOTION MUST BE FILED WITHIN TWENTY (20) DAYS OF NOTICE. SHOULD ANY PARTY IN INTEREST FILE AN OBJECTION, THE COURT MAY SCHEDULE A HEARING TO DECIDE THE MATTER. IF NO OBJECTIONS ARE FILED THE CONTRACT IS DEEMED ASSUMED.

I HEREBY CERTIFY: That on this same date I electronically filed with Clerk of the Court in the CM/ECF System which send notification to the following: José R. Carrión, ecfmail@ch13-pr.com, and exact copy was sent by regular mail to Mr. Raymond Berríos Echevarría, Urb. Villa Carolina, 87 Bloque 77 #17, Carolina, PR 00987 and Mrs. Luz M. Sánchez Rivera, Urb. Villa Carolina, 87 Bloque 77 #17, Carolina, PR 00987.

FRANCISCO J. RAMOS & ASOCIADOS; C.S.P.
FRANCISCO J. RAMOS GONZALEZ, ESQ. - USDC PR 203611
P O BOX 371
PUERTO REAL, P.R. 00740
TELS. (787) 764-5134/ FAX: (787) 758-5087
E-mail: fjramos@coqui.net

/s/Francisco J. Ramos González