# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: LUZ M SANCHEZ RIVERA

Bkrtcy. No. 10-06626-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Petition Filing Date: | Jul 23, 2010 | Meeting Date | Aug 26, 2010 |
| Days from petition date | 34 | Meeting Time | 11:00 AM |
| 910 Days before Petition | 1/25/2008 | ☐ Chapter 13 Plan Date | Jul 14, 2010 Dkt.# 14 ☐ Amended. |
| This is debtor(s) 2 Bankruptcy petition. | | Plan Base: | $12,000.00 |
| This is the 1 Scheduled Meeting | | Confirmation Hearing Date: | Sep 22, 2010 Time: 2:00 PM |

DC Track No. 19

Payment(s) ☐ Received or ☐ Evidence shown at meeting: CHMO No. 6850  Date 8/20/2010  Amount $200.00  Total Paid In: $0.00

### I. Appearances: ✓ ☐ Telephone ☐ Video Conference    ☐ Creditor(s) present: ✗ None.
- ✓ Debtor Present    ✓ ID & Soc. OK    ☐ Debtor Absent
- ☐ Joint Debtor Present    ☐ ID & Soc. OK    ☐ Joint Debtor Absent
- Debtor(s) was/were ✓ Examined    ☐ Not Examined under oath.
- Attorney for Debtor(s) ✓ Present    ☐ Not Present
- ☐ Substitute attorney: E. Mayoral    ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement    Attorney of record: FRANCISCO J. RAMOS &
Total Agreed: $3,000.00    Paid Pre-Petition: $240.00    Outstanding: $2,760.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:    ☐ For Failure to appear;    ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ✓ Under ☐ Above Median Income.    Liquidation Value: $629.00
Commitment Period is ✓ 36 ☐ 60 months.    [§1325(b)(1)(B)] Gen. Unsecured Pool: _____
The Trustee ☐ RECOMMENDS ✓ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ✓ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
- ✓ FEASIBILITY [§1325(a)(6)]    ☐ INSUFFICIENTLY FUNDED    ☐ To pay §507    ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ✓ FAILS DISPOSABLE INCOME REQUIREMENTS    ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements    ☐ Plan not filed in Good Faith §1325(a)(3)    ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
(1) Submit evidence of insurance quote for Reliasce.

(2) Must amend plan to provide for the submission of tax refunds to fund the plan.

/s/ José R. Carrión
Trustee    Presiding Officer    Page 1 of ___    Date: Aug 26, 2010