# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| | * CASE NO. 10-06626 |
| LUZ M. SANCHEZ RIVERA | * |
| | * |
| | * CHAPTER 13 |

## NOTICE

TO ALL PARTIES IN INTEREST AS PER MASTER ADDRESS LIST:

1. The present case has been converted to a Chapter 7 as per 11 USC 1307 (a) and will comply with Rules 1019 (1a) and 1007 (c).

## MAILING CERTIFICATE

I HEREBY CERTIFY: That on this same date I electronically filed this notice with Clerk of the Court using the CM/ECF System which send notification to the following: Jose R. Carrión, ecfmail@ch13-pr.com and all the participants appearing in said record. I further certify that I have served copy of this document there of in the U.S. mail to non CM/ECF participants, and to all parties in interest as per attached master address list, copy pf which is attached to this document.

In San Juan, Puerto Rico this 17 of September of 2010.

FRANCISCO J. RAMOS & ASOCIADOS; C.S.P.
FRANCISCO J. RAMOS GONZALEZ, ESQ. - USDC PR 203611
P O BOX 191993
SAN JUAN, PR 00919-1993
TELS. (787) 764-5134/ FAX: (787) 758-5087
EMAIL: fjramos@coqui.net

/s/Francisco J. Ramos Gonzalez

SANCHEZ RIVERA, LUZ M.
URB. COUNTRY CLUB
928 ROSENDO VITERBO
SAN JUAN, PR 00927

RELIABLE FINANCIAL
P O BOX 21382
SAN JUAN, PR 00928-1382

FRANCISCO J. RAMOS GONZALEZ, ESQ.
P O BOX 191993
SAN JUAN, PR 00919-1993

AMERICAN EXPRESS
P O BOX 1270
NEWARD, NJ 07101-1270

AT & T MOBILITY
P O BOX 15067
SAN JUAN, PR 00902-8567

AUDIO VISUAL LANGUAGES
P O BOX 35-2020
MIAMI, FL 33135-8020

BANK OF AMERICA
P O BOX 15102
WILMINGTON, DE 19886-5102

JC PENNEY
P O BOX 960090
ORLANDO, FL 32896-0090

MERCEDEZ BENZ FINANCIAL
P O BOX 900 1680
LOUISVILLE, NY 40290-1680

R G PREMIER BANK
P O BOX 2510
GUAYNABO, PR 00970-2510

RAYMOND BERRIOS ECHEVARRIA
URB. VILLA CAROLINA
87 BLOQ 77 # 17
CAROLINA, PR 00987